## STATE OF CONNECTICUT *v.* LARRY JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 156 (AC 18405), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Del Atwell,* special public defender, in support of the petition.

*Lawrence J. Tytla,* senior assistant state's attorney, in opposition.

Decided May 18, 2000